

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-26-00013-CV

---

JO ANN TERRY AND ALL OTHER OCCUPANTS, Appellants

V.

TRINITY QUALITY HOUSING, LP D/B/A WIND RIVER, Appellee

---

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2025-008805-1

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

Pro se Appellant, Jo Ann Terry, filed a timely notice of appeal on December 19, 2025.[1] The clerk's record was filed on February 19, 2026, and the court reporter's record was filed on April 1, 2026. Terry's appellate brief was originally due on May 1, 2026. On May 14, 2026, Terry filed a motion for extension of time in which to file her brief. The Court granted her motion and extended the briefing deadline to June 1, 2026. When neither a brief nor a motion to extend time for filing same was received by June 15, 2026, this Court advised Terry by letter that her brief was late. It also warned Terry that her failure to file a brief on or before June 30, 2026, would subject this appeal to dismissal for want of prosecution.

We have received no responsive communication from Terry and have not received her appellate brief. Having received no response to this Court's letter of June 15, 2026, Terry's appeal is ripe for dismissal for want of prosecution. Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Jeff Rambin
Justice

Date Submitted: July 21, 2026
Date Decided: July 22, 2026

---

[1] Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).